UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-61350

ERIC ROGERS,

    Plaintiff,

v.

RK DANIA LLC,

    Defendant.
_____/

## STIPULATION FOR APPROVAL AND ENTRY OF CONSENT DECREE AND DISMISSAL OF CASE WITH PREJUDICE

ERIC ROGERS, individually (hereinafter "Plaintiff"), and RK DANIA LLC (hereinafter "Defendant"), by and through undersigned counsel, hereby move this court to approve and enter judgment on the proposed Consent Decree attached hereto as Exhibit "A" (the "Consent Decree").

Pursuant to Title III of the Americans with Disabilities Act this Court is authorized to enter a Consent Decree requiring a public accommodation to alter facilities to make such facilities readily accessible to and useable by individuals with disabilities to the extend required by Subchapter III of Chapter 126 of Title 42 of the United States Code. 42 USC 12188(a)(2).

WHEREFORE, Plaintiff and Defendant respectfully request this Court to approve and enter judgment on the Consent Decree and retain jurisdiction to enforce the Consent Decree and Dismiss the Case with Prejudice.

| PLAINTIFF'S COUNSEL: | DEFENDANT'S COUNSEL: |
|---|---|
| ALBERTO LEAL, ESQ.<br>Florida Bar No.: 1002345<br>8927 Hypoluxo Rd #157<br>Lake Worth, FL 33467<br>albertolealesq@gmail.com<br>954-637-1868<br><br>By: /s/ A. Leal<br><br>Date: 09/21/2023 | JEFFREY P. LEARY, ESQ.<br>Florida Bar No.: 0098653<br>17100 Collins Ave, Ste 225<br>Sunny Isles Beach, FL 33160<br>jleary@rkcenters.com<br>305-949-4110<br><br>By: /s/ Jeffrey P. Leary<br><br>Date: 9/21/23 |