UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-61350-RS

ERIC ROGERS,

    Plaintiff,

v.

RK DANIA LLC,

    Defendant.

_____/

**ORDER OF DISMISSAL**

This matter is before the Court upon Plaintiff's Notice of Dismissal with Prejudice [DE 10]. Accordingly, it is hereby,

**ORDERED** that:

1. This matter is **DISMISSED with prejudice**.

2. All pending motions are **DENIED as moot**.

3. Each party shall bear its own attorneys' fees and costs.

4. The Court shall retain jurisdiction of this matter for the purpose of enforcing the parties' settlement agreement.

5. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 22nd day of September, 2023.

*/s/ Rodney Smith*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record